UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2014 JUN 9 PM 1 23

U.S. DISTRICT COURT
NEW HAVEN, CT.

**COMPLAINT FORM**

Travis J. Anderson
_____
Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. 3:14-cv-829 SRU
(To be supplied by the Court)

v.

Waterbury Police Dept.
*Ofc. Ryan Cubells*
*Ofc. Martin Scanlon*
*Ofc. Gilbert*
_____
Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Travis J. Anderson is a citizen of Connecticut who
   (Plaintiff)                                (State)
   presently resides at 245 Whalley Ave, New Haven, CT 06511
                        (mailing address)

2. Defendant WTBY Police Dept is a citizen of Connecticut
   (name of first defendant)                  (State)
   whose address is 255 East Main St, WTBY CT 06706

3. Defendant **Ofc. Ryan Cubells** is a citizen of **Connecticut**
   (name of second defendant)                              (State)

whose address is **255 East Main St. Wtby, Ct 06702**

"Continue"

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's identity and complete address.) —————

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

B. Jurisdiction
42 U.S.C. § 1983

## C. NATURE OF THE CASE

BRIEFLY state the background of your case. These incidents were all controlled by Officer Ryan Cubells, ~~~~~~ His partners Ofc. Scanlon and Ofc. Gilbert of both arrests & harrasment times are just as responsible because they allowed Ofc. Cubells to act out of the scope of his duties/order and conduct illegal police conduct and behavior and are responsible for Ofc. Cubells verbally, physically, sexually assaulting me. These actions have been a part of Ofc Cubells work History - He was suspended of Duty in Feb, 2014. of excessive force -- I've been targeted because of past incidents of Ofc. Ryan Cubells harrasing me and Threatening me in front of my Home on hillside/Kellogs st. Wherefore he is Arresting/ present officer for both my previous arrests.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** On 10-3-13/10-6-13 I was verbally harrased Infront of my apt. Bldg on Hillside/Kellogg ST, WTBY, CT. By Ofc. Ryan Cubells - He Threatened to "one day" soon catch

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

me around Town" and "Get me". Meaning arrest, search. On 11-3-13 Docket # CR13-0420784-S - I was stopped by ofc Cubells, ofc Gilbert, leading to falsifying report, profiled, assault. I asked ofc. Cubells to please loosen my handcuffs because They were extremely tight & I could Not feel my hands. He asked Ofc. Gilbert to hold me while ofc Cubells struck me extremely Hard (4) times in Rib cage area N Told me "verbally stop being a "Bitch" take it like a man. On 12-23-13, 17:38 hrs. Docket # CR13-421683 - Traffic stop by again Ofc. Cubells & partner Scanlon. Ofc Cubells punched me in back of my Head while cuffed. While enroute To hospital ofc Cubells/scanlon Removed me from Car Cruiser infront of 400 Grand/State ST. Put his hand n my "Anal" area. This incident was not listed in said police report.
~~Claim II:~~

Supporting Facts: ⁸Please obtain, secure & produce ˢ Courthouse Surveillance Camera System on 12-23-13 ₃ During hours of 17:38/18:38pm infront of 400 Grand ST/state St. Where I was illegally removed from police car where I was sexually assaulted/searched. This incident was not in police Report which violates all laws of police conduct.

# E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
   \_\_\_\_Yes  ✓ No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

   a. Parties to previous lawsuit: _none_

Plaintiff(s):_____

Defendant(s):_____

   b. Name and location of court and docket number _____

   c. Disposition of lawsuit. (For example, was the case dismissed?  Was it appealed? Is it still pending?) _____

   d. Issues raised: _____

4

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

— None —

## F. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

Punitive Damages, Severe Disciplinary actions against the Said defendants, Refund of all expenses, Due to illegal Arrest & Seizures including Bonds & property seized expenses.

## G. JURY DEMAND

Do you wish to have a jury trial? Yes ✓  No ___

_____   _____/s/_____
Original signature of attorney (if any)   Plaintiff's Original Signature
                                          Travis J. Anderson
_____   _____
Printed Name                  Printed Name

_____   _____

_____   _____

( )_____   ( ) 245 Whalley Ave, New Haven, CT
Attorney's full address and telephone   Plaintiff's full address and telephone   06511

_____   _____
Email address if available    Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at **NHCCC** on **June 02, 2014**
         (location)                      (date)
245 Whalley Ave
New Haven, CT
06511
                                    _____/s/_____
                                    Plaintiff's Original Signature

(Rev.9/22/09)

A. Parties

Defendant: ofc. Martin Scanlon                Connecticut
    255 East Main St, WTBY CT 06702

Defendant: ofc. Gilbert                       Connecticut
    255 East Main St, WTBY, CT 06702

NEWSLETTERS | SHARE IT | TIPS | LOGIN

NBC CONNECTICUT

30°  Search

HOME | NEWS | VIDEO | WEATHER | INVESTIGATIONS | ENTERTAINMENT | TRAFFIC | CONTESTS | CONTACT US

LOCAL  U.S. & WORLD  SPORTS  HEALTH  TECH  WEIRD  WEATHER BLOGS: DOG HOUSE  GIANTS  PATRIOTS

HOME > NEWS > LOCAL

# 4 Waterbury Police Officers Placed on Leave

Friday, Jan 31, 2014 | Updated 8:57 PM EDT

View Comments () | Email | Print

Four Waterbury police officers who have been accused of using excessive force during an arrest are on paid leave and under investigation, NBC Connecticut has confirmed.

The man who claims he was attacked shared his story exclusively with NBC Connecticut. He wants to remain anonymous, because he fears retaliation.

"I know for a fact he kicked me in the face because he went over said hey let me get a turn," he said.

The victim said he was attacked for no reason. "They're supposed to be protecting the community not beating us up," he added.

That man claimed a few Waterbury police officers beat him up in a church parking lot at Willow and Ludlow Streets on January 13th, after he ran off when they were trying to arrest him. He showed NBC Connecticut a mark on his back, and said it was from police dragging him across the asphalt.

The victim said he didn't know why police were after him in the first place. "I was already on the ground they was kicking me in the face punching me in the face...they said I was resisting arrest but I was already on the ground," he added.

The Waterbury Police Chief Vernon Riddick is now investigating four officers for allegedly using excessive force, but wouldn't talk on camera about it, or say if it was in connection with that man's case.

| Username: | Password: | Log In | | Register / Forgotten Password? |

Republican-American | Step Saver/Observer | Citizens News | E-Edition | Employment | Open Houses | Yellow Pages | Coupons | Shopping | Weather | Traffic | Dining

# RA REP-AM.COM
## RepublicanAmerican

Home | News | Sports | Entertainment | Lifestyle | Opinion | Multimedia | Blogs | Marketplace | About Us

Quick links: Search | E-Edition | Subscribe | Obits | Classifieds | Photo Reprints | Weather | Gas Prices | RSS | Campership | Contests | Web Cam

## LOCAL

Search: 🔍

14 comment(s) | E-mail | Print | Search Archives

### Latest News

## Cop suspended minus pay
### Internal affairs investigation finds suspect was kicked
BY JONATHAN SHUGARTS REPUBLICAN-AMERICAN

Friday, February 28, 2014 3:05 AM EST

WATERBURY — A decorated city police officer was suspended Thursday without pay after an internal affairs investigation found he kicked a man who was on the ground being restrained by other officers.

Police Chief Vernon Riddick Jr. said he made the decision to suspend officer Ryan Cubells for 25 working days after reviewing a report by the police department's internal affairs division.

- State championship game times set|Thomaston vs. St. Paul Saturday, Sacred Heart boys Sunday *Wed 9:45 am*
- Winsted man has plea deal revoked; behavior is cited *Wed 9:11 am*
- Comptroller's solution proposal approved by Torrington City Council *Wed 9:04 am*
- Court documents stay sealed regarding arrest of Torrington teen *Wed 8:59 am*
- Torrington school chief presents budget proposal to school board *Wed 8:47 am*
- Kindergarten, 5th grade 'graduations' up to Waterbury principals *Wed 8:39 am*

**Most Popular**

**Most Commented**

**Latest Local News**

---

### Read more of this story and more!

7-Day Subscribers have FREE access to everything on rep-am.com and our E-Edition.
CLICK HERE to register and activate your access,.

**Not a subscriber?**

You can purchase a single-day subscription for only $0.75 to read this and access all of our content and our E-Edition.
CLICK HERE purchase a single day subscription.

Become an electronic subscriber to the Republican-American for only $8 a month. CLICK HERE.

| Username: | Password: | Log In |

---

More Stories About: Greater Waterbury, police, Willow Street

0     3

Follow Us

**WEATHER**
Time: 9:52:00 AM   Currently: 28°F
High: 43°F   Low: 36°F
Winds: 7mph
7-Day forecast

**CLASSIFIEDS**

Jobs | Cars | Homes | Place an Ad

Search all categories

[Search]

---

**Doodle01** wrote on *Feb 28, 2014 6:44 AM:*

" Thanks Gary Pelosi and his lazy cut corner attitude, you shouldn't have advised this kid not to write a use of force.... Funny how quickly you retired... Coward "

Report Abuse

**ratsmik** wrote on *Feb 28, 2014 7:58 AM:*

" Slap on the hand.
Fire the dirty pig. "

Report Abuse

**Resident** wrote on *Feb 28, 2014 8:04 AM:*

" 25 days without pay for kicking a defenseless man? Only in Waterbury. "

Report Abuse

**SemperFidelis** wrote on *Feb 28, 2014 8:23 AM:*

" Another bully with a badge. More proof Chris Dorner is a hero "

---




Riddick said he put those cops on leave after a witness reported the issues a few weeks ago. The supposed victim who did not come forward with the claims of abuse to police, said the Internal Affairs Department had been in touch with him. "They asked me what happened and I told him my side of the story," he explained.

The Waterbury Police Union released the following statement:

"It is not unusual for people to complain about cops. These allegations are rarely proven true. It is my sincere belief that after a complete investigation the officers will be cleared of any wrongdoing. As the facts of the incident are revealed, everyone will see that four dedicated officers risked their own safety to effect the arrest of a very bad person," wrote Nick Lukiwsky, the Union President.

As for the man who alleged he was beaten, he still questioned why this even happened. "I think they thought I was somebody else they might have thought I was somebody else who did something," he said.

Records showed he was charged with resisting arrest, but he maintained he did nothing wrong.

Waterbury Police Chief Vernon Riddick said he takes all citizen complaints seriously and the allegation will be thoroughly investigated.

*Get the latest from NBC Connecticut anytime*: **iPhone/iPad/Android App | SMS Alerts | Twitter | Facebook | Google+ | Instagram | RSS**



Privacy Policy | More Newsletters

CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

# CERTIFICATE OF AUTHENTICITY

I hereby certify that the documents attached hereto are true copies of the Protected Health Record/Information requested on the following individual:

_Travis Anderson_  
**Inmate Name**

_321190_  
**Inmate Number**

_Trudy Mrs II_  
**Print Staff Name, Title**

_[signature]_  
**Signature**

_New Haven_  
**Facility**

_4/8/14_  
**Date**

**CONFIDENTIAL INFORMATION**
"The confidentiality of this record is required under Chapter 899 of the Connecticut General Statues. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."

Original Certificate to be sent with copied protected Health Record/Information
Copy to be filed in Correspondence Section of the Health Record

HR918 Rev. 06/05



# UConn Health Center

*CR13-0420784-S*
*CRMV 0428543-S*

| | | | |
|---|---|---|---|
| **Patient** ANDERSON, TRAVIS | **Birth Date** 06/07/1979 | **Sex** M | **Rm/Bed** |
| **Attending** | **Pt #** 660323010 | **MR #** I00321190 | **Adm Date** |

| Ribs Unilateral 2 Views 71100 | | Nov 08, 2013 09:40 |
|---|---|---|

```
DEPARTMENT OF CORRECTIONS REPORT
***Final Report***
DOC 0120 - RIBS UNILATERAL 2 VIEWS - RIGHT (A#:1409265, 11/08/2013)
INDICATIONS:  PAIN POST INJURY
RESULT:
EXAMINATION: Right hemithorax, two-view
CLINICAL DATA/INDICATIONS: Trauma with pain
COMPARISONS: None
FINDINGS:
Two views of the right hemithorax were performed. No fractures
identified.  There is no intrathoracic sequelae of blunt or closed chest
wall trauma, that is, pulmonary contusion, pneumothorax or blood in the
pleural space.
IMPRESSION:
Negative exam
TECHNOLOGIST: RRONA
Interpreting Physician: DOUGLAS W GIBSON MD   on 11/11/2013 12:56
Reviewed By:
Transcribed by / Date: PSC on 11/11/2013 12:56
Approved Electronically by / Date: DOUGLAS W GIBSON MD on 11/11/2013 12:56
Distribution: MONICA J FARINELLA DO
```

Page created: Tuesday, April 8, 2014 11:56 AM For: RHENDR

---

**Facility** Correctional Health
**User** RENATE HENDRICKSON

*Confidential*

Page 1 of 1

pg 1/2.

**Nov 3rd Arrest**
Illegal Search-Seizure.
Assaulted
False Arrest
2h3-0420784-5
M0-0428543-5

Ofc. Cabelus stated He pulled me over for Reasons He believed He observed me Drinking an Alcoholic beverage. Upon approaching the Darkly Tinted Window car, He said He smelled a strong odor of Marijuana. Although I was charged with Being under Influence, No Field Testing were ever administered, Blood Alcohol, Urinalysis of Alcohol/Drugs. For Original Traffic Stop. I Believe The officer Used These reason just To search car.

**Dec 23rd**
Illegal-
False Arrest,
Assaulted-
Profiling-
Search &
Seizure -
13-0421683-5
2MV-0428883-5

The same ofc of Nov 3rd Arrest (Cabelus) pulled me over in same neighborhood area, never giving a reason (Profiling).. Asked me to step out of car, Guns pointed at me, Cuffed extremely Tight, and placed me in Back of police car. Then He searched The car not in my sight. He Said He observed me swallowing large amount of Drugs in same moving car as Nov 3rd. Brought me to hospital, were M.D. stated I was Alert and not under influence of Narcotics. Also, while enroute To hospital, I was removed from cop car, searched again, Assaulted which ended up with Broken Tooth. Which took place Directly in Front of 400 Grand Court House which should've Been Recorded on Video system Surveillance at 4/6pm evening Dec 23rd. I Believe same arresting officer (Scanlion) were profiling me & same Vehicle. Leading to Dec-23rd false Arrest. Therefore asking court to consider These facts, As I should've not Been Illegally Harrased, profiled, Assaulted, falsely Arrested. These Illegal Actions need To Be addressed in Court, and Will Not Be Legally ignored.

CC Davis   2/7/14

LATISHA M DAVIS
Notary Public
My Commission Expires 5/31/2015

1/31/2014
Thank you
Travis Anderson



# DEPARTMENT OF POLICE SERVICE
### 255 East Main Street
### Waterbury, Connecticut 06702



**Vernon L. Riddick Jr.**
*Chief of Police*



**Fernando Spagnolo**
*Deputy Chief of Police*

**Christopher Corbett**
*Acting Deputy Chief of Police*

May 12, 2014

Travis Anderson #321190
NHCC
245 Whalley Avenue
New Haven, CT 06511

Dear Mr. Anderson,

Please be advised that the Chief of Police is in receipt of your complaint. This complaint has been assigned to the Internal Affairs Division for investigation. Please be aware that you may be contacted in the near future regarding this complaint.

Thank you for bringing your concerns to our attention. Please do not hesitate to contact me in the Internal Affairs Division at (203)574-6949.

Sincerely,

Sgt. J. Alvelo

Sergeant J. Alvelo
Internal Affairs Division

To Protect and To Serve

Chief Riddick                                4-30-14

Hello Sir- I'm writing to inform you of the situation at hand involving one of your officers "Ryan Cubells". I currently have 2 open cases were 'Cubells' is the arresting officer as well as his partner officer "Scanlon". I'm currently in process with my Attorney bringing a claim mainly on Officer Cubells and partly with officer Scanlon as well. For Both of my arrests, I was falsely arrested, assaulted, and profiled which led to an illegal Search & Seizure leading to my current incarceration. I plan on filing charges of civil & criminal suit against the officers because of harrasment and other Reasons argueable in Court. I have video surveillance of the assault, excessive force, and illegal Search of my persons. I Also Have medical papers from A Nov 3rd arrest where ofc. 'Cubells' physically assaulted me while another officer whom I havent mentioned yet held me while ofc. Cubells hit me in my "Ribs" area while Handcuffed. I write to you in all Due Respect to you; in self Sir because I know

That it is not your fault for the personal actions tooken place individually by These "Rogue" officers on the Waterbury Police Dept... I know you are a very firm & Honest man and according to Recent files against these officers, Cubells & Scanlon. You have Taken action To see That They have been Disciplined... Although I'm Seeking a much more Stronger approach on the situation To make sure That these officers Don't Have the means, Authority, nor the power of Ruining peoples lives by excessive Abuse of power and force by being a Police Officer... I Do respect cops That abide by the law as well and That also Have the ability to Act as A Human being... People do make mistakes Sir. But when People Are A Public figure and Abuse Authority... is Absolute Untolerable... I would like to be able to Speak to Someone from your Dept to furthermore be precise on what I intend to do.. By law of Course... I hope That you will please take into consideration That certain People like myself are being targeted

by the Officers while on probation, parole, or any community release... by being charged with false evidence, assaulted, profiled, harrassed, etc... I have nothing personal against WTBY PD. Besides being arrested by police who don't deserve to have a Badge of honor, Respect, integrity... I will see to it that all the evidence I Have will be presented with or without my attorney... to A court of law as well as local news stations... OR if maybe some agreement can be made to satisfy my pain and frustration brought upon by these Rogue Cops... I thank you for hearing me... God bless and I wish there were more cops out there who had your vision.

my attorney.
Patrick Hughes
(203) 361-1253
P.O Box 1886.

Sincerely,
Travis J. Anderson

"God Bless"