UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVIS J. ANDERSON | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Number 3:14cv0829 (VAB) |
| RYAN CUBELLS, MARTIN SCANLON, | : | |
| and LEE GILBERT | : | |
| | : | |
| Defendants. | : | |

## **JUDGMENT**

This matter came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge. On September 20, 2017, after deliberation, the jury returned a verdict in favor of the defendants Ryan Cubells, Martin Scanlon, and Lee Gilbert, against plaintiff, Travis J. Anderson.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants Ryan Cubells, Martin Scanlon, and Lee Gilbert, against plaintiff, Travis J. Anderson.

Dated at Bridgeport, Connecticut, this 27th day of September, 2017.

ROBIN D. TABORA, CLERK
By:/s/_____
Jazmin Perez
Deputy Clerk

EOD: ___9/27/2017___